**William DEATON, Plaintiff—**
**Appellant,**

v.

**Officer John DOE, a/k/a Officer Thomas; LT John Doe, a/k/a Lt Clauson; LT John Doe, a/k/a Lt Vetter; SGT John Doe; Jane Doe, Nurse; Jane Doe, Nurse; Sgt Jane Doe; Sgt Jane Doe; Officer John Doe; Officer John Doe; Officer John Doe; John Doe, Nurse; Lexington County Detention Center; LCDC Medical Provider; John Doe, Maintenance Supervisor, sued in their individual and official capacities, Defendants–Appellees.**

No. 15–7413.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 19, 2016.

Decided: Jan. 29, 2016.

William Deaton, Appellant Pro Se.

Before NIEMEYER, GREGORY, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Deaton appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice for failure to comply with a court order, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Deaton v. Officer John Doe*, No. 2:15–cv–00276–GRA–MGB (D.S.C. June 24 & Aug. 4, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*